## John W. Morsbach, Appellee, v. Collison F. Waddell, Appellant.

### Gen. No. 23,251.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN COURTNEY, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed March 12, 1918.

### Statement of the Case.

Action by John W. Morsbach, plaintiff, against Collison F. Waddell, defendant. From a judgment for plaintiff, defendant appeals.

JOHN M. HESS, for appellant.

ARTHUR E. NELSON, for appellee.

MR. JUSTICE MATCHETT delivered the opinion of the court.

### Abstract of the Decision.

1. MUNICIPAL COURT OF CHICAGO, § 26*—*what reviewed upon striking of statement of facts.* Where the statement of facts is stricken in a case tried in the Municipal Court of Chicago before the court without a jury, only errors assigned on the common-law record will be reviewed.

2. MUNICIPAL COURT OF CHICAGO, § 16*—*when demand for jury too late.* A demand for a jury trial in an action of the fourth class in the Municipal Court of Chicago is too late, under Rev. St. ch. 37, sec. 30 (J. & A. ¶ 3342), when made 10 days after entry of an appearance in writing.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.